**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS HERNANDEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PAUL SUDWAL,<br><br>　　　　　　Respondent. | Case No. CV 17-1172 DSF (SS)<br><br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　**IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: 7/7/17

　　　　　　　　　　　　　　　　　　_/s/ Dale S. Fischer_
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE